

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00280-CR

Justin Dallas **ARRIOLA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2015-04-12554-CR
Honorable Camile Glasscock Dubose, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED.

SIGNED October 21, 2020.

Liza A. Rodriguez, Justice